

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RICARDO G. RODRIGUEZ, | § | |
| | | No. 08-15-00252-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 205th District Court |
| DAVID G. MARCUS, as RECEIVER OF | § | |
| KF LOGISTICS, INC., | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC#2013-DCV2602) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for new trial, in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J. (Not Participating)